```
WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:      702.862.8811
Email:   wkrincek@littler.com
Email:   kmburke@littler.com

Attorneys for Defendant
DESERT SPRINGS HOSPITAL AUXILIARY, INC.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA HANCOCK,<br><br>       Plaintiff,<br><br>vs.<br><br>DESERT SPRINGS HOSPITAL AUXILIARY, INC., and DOES 1-50, inclusive,<br><br>       Defendant. | Case No. 2:18-cv-01884-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff VERONICA HANCOCK ("Plaintiff") and Defendant DESERT SPRINGS HOSPITAL AUXILIARY, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate to and request that the Court extend the deadline for Defendant to respond to the complaint, which is currently set for October 25, 2018, for ten (10) days, up to and including November 5, 2018.[1]  This is the first stipulation for an extension of time to file a response to the complaint.

Defendant has provided Plaintiff with a copy of the arbitration agreement that Defendant contends covers the claims at issue in this matter.  Plaintiff needs additional time to review that arbitration agreement to determine if the parties can agree on stipulating to arbitration.  As a result,

---

[1] The tenth day falls on a Sunday so the requested deadline is the following day of November 5, 2018.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

the extension requested is for a limited and reasonable amount of time to provide Plaintiff with the opportunity to review the arbitration agreement. This request is made in good faith and not to cause unnecessary delay.

Dated: October 19, 2018.

Respectfully submitted,

/s/ Theresa M. Santos
**WATKINS & LETOFSKY, LLP**
Daniel R. Watkins, Esq.
Theresa M. Santos, Esq.

Attorneys for Plaintiff
VERONICA HANCOCK

Dated: October 19, 2018.

Respectfully submitted,

/s/ Kaitlyn M. Burke
**LITTLER MENDELSON, P.C.**
Wendy M. Krincek, Esq.
Kaitlyn M. Burke, Esq.

Attorneys for Defendant
DESERT SPRINGS HOSPITAL AUXILIARY, INC.

**IT IS SO ORDERED.**

Dated this 22nd day of October, 2018.

UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:158894762.1 069080.1130

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800