WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KAITLYN M. BURKE, ESQ., Bar # 13454
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email:  wkrincek@littler.com
Email:  kmburke@littler.com

Attorneys for Defendant
DESERT SPRINGS HOSPITAL AUXILIARY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA HANCOCK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DESERT SPRINGS HOSPITAL AUXILIARY, INC., and DOES 1-50, inclusive,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-01884-JAD-GWF<br><br>**STIPULATION AND ORDER TO ARBITRATE AND STAY PROCEEDINGS** |

　　　　Plaintiff VERONICA HANCOCK ("Plaintiff") and Defendant DESERT SPRINGS HOSPITAL AUXILIARY, INC. ("Defendant"), by and through their respective counsel of record, do hereby stipulate and agree as follows:

　　　　WHEREAS, on or about March 24, 2016, Plaintiff entered into an agreement with Defendant DESERT SPRINGS HOSPITAL AUXILIARY, INC. to arbitrate all disputes arising out of or relating to Plaintiff's employment or termination of employment ("the Arbitration Agreement");

　　　　WHEREAS, on or about September 28, 2018, Plaintiff filed a Complaint in the United States District Court, District of Nevada, alleging claims for disability discrimination, failure to accommodate, and retaliation in violation of the ADA and Nevada law along with and pregnancy discrimination in violation of Title VII.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

WHEREAS, the claims alleged in the Action fall within the scope of the Arbitration Agreement;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant and

ORDERED, as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. All proceedings in the instant action shall be stayed and this Court shall retain jurisdiction over the action pending the conclusion of the arbitration.

Dated: October 29, 2018.

Respectfully submitted,

*/s/ Theresa M. Santos, Esq.*
**WATKINS & LETOFSKY, LLP**
Daniel R. Watkins, Esq.
Theresa M. Santos, Esq.

Attorney for Plaintiff
VERONICA HANCOCK

Dated: October 29, 2018.

Respectfully submitted,

*/s/ Kaitlyn M. Burke, Esq.*
**LITTLER MENDELSON, P.C.**
Wendy M. Krincek, Esq.
Kaitlyn M. Burke, Esq.

Attorneys for Defendant
DESERT SPRINGS HOSPITAL AUXILIARY, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 31, 2018.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800