1  WENDY MEDURA KRINCEK, ESQ., Bar # 6417
   DIANA G. DICKINSON, ESQ., Bar #13477
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:      702.862.8811
5  Email:   wkrincek@littler.com
   Email:   kmburke@littler.com

Attorneys for Defendant
DESERT SPRINGS HOSPITAL AUXILIARY, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA HANCOCK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DESERT SPRINGS HOSPITAL AUXILIARY, INC., and DOES 1-50, inclusive,<br><br>　　　　　Defendant. | Case No. 2:18-cv-01884-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>ECF No. 11 |

Defendant Valley Health System, LLC d/b/a Desert Springs Hospital, improperly identified as DESERT SPRINGS HOSPITAL AUXILIARY, INC., and Plaintiff VERONICA HANCOCK hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and attorney's fees.

Dated: April 15, 2020

Respectfully submitted,

*/s/ Theresa M. Santos*
DANIEL R. WATKINS, ESQ.
THERESA M. SANTOS, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
VERONICA HANCOCK

Dated: April 15, 2020

Respectfully submitted,

*/s/ Diana G. Dickinson*
WENDY MEDURA KRINCEK, ESQ.
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
DESERT SPRINGS HOSPITAL
AUXILIARY, INC.

**ORDER**

Based on the parties' stipulation **[ECF No. 11]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 15, 2020

2.